# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                           NO. 2024 KW 1038

VERSUS

DA'RELL WILLIAMS                                    **JANUARY 13, 2025**

---

In Re:    Da'Rell Williams, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          DC-23-00277.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

    **WRIT DENIED.** This application appears to be a motion for a bill of particulars filed in this court in the first instance. Because there is no indication the motion was filed in the district court, this writ presents nothing for review.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT